IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEGRAND NORTH AMERICA LLC | : | NO. 24-6730 |

ORDER

AND NOW, this 2nd day of December 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant LeGrand North America LLC for summary judgment (Doc. # 31) is DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                              J.